# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>        Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, WARDEN, *et al.,*<br><br>        Defendants. | Case No.: 20cv616-JAH (AHG)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A COMPLETE COPY OF ORIGINAL FILING DOCUMENTS** |

  On May 12, 2020, Plaintiff James Bowell, proceeding *pro se*, filed a motion requesting a complete copy of original filing documents. *See* Doc. No. 10. Good cause appearing, Plaintiff's motion is GRANTED.

  Accordingly, IT IS HEREBY ORDERED the Clerk of Court shall serve a copy of the following documents on the Plaintiff at H04180, C12-221, 480 Alta Road, San Diego, CA 92179:

1. Complaint [Doc. No. 1];
2. Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2]; and
3. Order Granting Motion to Proceed *in forma pauperis*; Dismissing Plaintiff's Complaint; and Denying Duplicative Motion [Doc. No. 9].

**IT IS SO ORDERED.**

DATED: May 12, 2020

                  _____
                  Hon. John A. Houston
                  United States District Judge