UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, WARDEN, *et al.,*<br><br>Defendants. | Case No.:  20cv616-JAH (AHG)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A COMPLETE COPY OF ORIGINAL FILING DOCUMENTS** |

On May 12, 2020, Plaintiff James Bowell, proceeding *pro se*, filed a motion requesting a complete copy of original filing documents. *See* Doc. No. 14. Good cause appearing, Plaintiff's motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED the Clerk of Court shall serve a copy of the following documents on the Plaintiff at H04180, C12-221, 480 Alta Road, San Diego, CA 92179:

1. Complaint [Doc. No. 1];
2. Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2];
3. Prisoner Trust Fund Account Statement [Doc. No. 4];
4. Supplemental Documents & Exhibits in Support of Complaint [Doc. No. 6];
5. Motion for Leave to Proceed *in forma pauperis* [Doc. No. 8]; and

6. Order Granting Motion to Proceed *in forma pauperis*; Dismissing Plaintiff's Complaint; and Denying Duplicative Motion [Doc. No. 9].

**IT IS SO ORDERED.**

DATED: September 16, 2020

_____
Hon. John A. Houston
United States District Judge